UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL A. SABET,<br><br>                  Plaintiff,<br><br>-against-<br><br>ADVISORY COMMITTEE ON RULES OF CIVIL PROCEDURES; SCOTT MYERS, ESQ,<br><br>                  Defendants. | 22-CV-2441 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 28, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 31, 2008 order in *S.A. Godowner v. Footlocker, Inc.*, No. 07-CV-11042 (KMW) (S.D.N.Y. Jan. 31, 2008), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 28, 2022
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge